# THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

IN RE:

**CARMELLA YOUNG**

Debtor(s)

) CHAPTER 13
) CASE NO: **07-54146**
)
) MARILYN SHEA-STONUM
) BANKRUPTCY JUDGE
)
) TRANSMITTAL OF UNCLAIMED FUNDS

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **CARMELLA YOUNG**
   **Check No. 771342**
   **Claim #999**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$3.97** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **5/6/2011**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

*Ck # 783443*
*Receipt # 82338*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was sent to:

**CARMELLA YOUNG**
**67 E ARCHWOOD AVE #2**
**AKRON, OH 44301**
**(Via Regular Mail)**


**RICHARD E BERKOWITZ (via ECF)**

**CARMELLA YOUNG**
**67 E ARCHWOOD AVE #2**
**AKRON, OH 44301**
**(via Regular Mail)**

Date of Service: **5/6/2011**          By: **JoAnn Romig**
                                      Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com